UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

_____

**BUILDING TRADES UNITED PENSION TRUST FUND**
**and DOUG EDWARDS (in his capacity as Trustee),**

**WISCONSIN PIPE TRADES HEALTH FUND,**
**and JOEL ZIELKE (in his capacity as Trustee),**

        **Plaintiffs,**

  v.                                      Case No. 22-cv-1111

**STONEHAUS MECHANICAL, LLC,**

        **Defendant.**

---

**MOTION FOR ENTRY OF JUDGMENT**
**PURSUANT TO RULE 55(b)(2) OF THE FED. R. CIV. P.**

---

NOW COME the Plaintiffs, Building Trades United Pension Trust Fund, Doug Edwards (in his capacity as Trustee), Wisconsin Pipe Trades Health Fund, and Joel Zielke (in his capacity as Trustee), by and through their attorneys, The Previant Law Firm, S.C., and pursuant to Fed. R. Civ. P. 55(b)(2) respectfully request and apply to the Court for its order for default judgment as to the Plaintiffs' complaint against Stonehaus Mechanical, LLC, seeking unpaid contributions, interest, and liquidated damages.

Plaintiffs submit their Affidavit in Support of Motion for Default Judgment, Affidavit of Randy Rosenmerkel, Affidavit of James Peterson, Affidavit of Stephanie Brester, and Affidavit of Cindy Balistriere along with this Motion for Entry of Default Judgment.

Dated this 26th day of February, 2024.

>/s/Alex J. Sterling
>Alex J. Sterling (SBN: 1109731)
>The Previant Law Firm, S.C.
>310 West Wisconsin Avenue, Suite 100MW
>Milwaukee, WI 53203
>414-223-0417 (Telephone)
>414-271-6308 (Fax)
>Email: ajs@previant.com
>Attorneys for Plaintiffs