UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

BUILDING TRADES UNITED PENSION TRUST FUND,
DOUG EDWARDS *in his capacity as trustee*,
WISCONSIN PIPE TRADES HEALTH FUND
and JOEL ZIELKE *in his capacity as trustee*,

      Plaintiffs,

v.

STONEHAUS MECHANICAL, LLC,

      Defendant.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case No. 22-cv-1111-pp

---

☐   **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☒   **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

    **THE COURT ORDERS AND ADJUDGES** that judgment is entered in favor of the plaintiffs and against the defendant in the amount of $116,441.47, with post-judgment interest at the rate required by 28 U.S.C. §1961, allocated as follows: $63,183.09 to Building Trades United Pension Trust Fund ($24,232.19 in contributions, $22,526.69 in interest, $16,424.21 in liquidated damages); $53,258.38 to Wisconsin Pipe Trades Health Fund ($27,146.34 in contributions, $11,318.17 in interest, $14,793.87 in liquidated damages).

    **THE COURT ORDERS** that this case is **TERMINATED**.

    Approved and dated in Milwaukee, Wisconsin this 18th day of April, 2024.

                                              **BY THE COURT:**

                                              **HON. PAMELA PEPPER**
                                              **Chief United States District Judge**

                                              GINA M. COLLETTI
                                              Clerk of Court
                                              s/ *Cary Biskupic*
                                              (by) Deputy Clerk